IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE S. GAYLE | : | CIVIL ACTION |
| v. | : | |
| EMILIA CAPUTO | : | NO. 09-5716 |

FILED
DEC - 9 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, this 8th day of December, 2009, plaintiff having failed to file a certified copy of his prisoner account statement for the entire six-month period prior to the filing of this civil action on December 2, 2009, as required by 28 U.S.C. § 1915(a),[1] it is hereby ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

Thomas M. Golden
THOMAS M. GOLDEN, J.

12-10-09 mailed to: W. Gayle

---

[1] Plaintiff must file a certified prisoner account statement, showing all deposits, withdrawals and a current balance, from any correctional facility in which he was confined during the six-month period from June 2, 2009 to December 2, 2009.